No. 11–5222.   PITCHON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 11–5223.   MINER v. TEXAS.   Ct. App. Tex., 12th Dist.   Certiorari denied.

No. 11–5224.   RICKS v. NEWPORT NEWS SHIPBUILDING & DRY DOCK CO. ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 11–5225.   SOLESBEE v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 11–5228.   GAJADHAR v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 11–5230.   GARRETT v. SANDOR, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 11–5231.   FLEMINGS v. ILLINOIS DEPARTMENT OF CORRECTIONS ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 11–5233.   GREENE v. POLLARD, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 11–5234.   GAY v. EVANS, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 11–5235.   HEBERT v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 11–5236.   PACHECO v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 11–5237.   POULSON v. PENNSYLVANIA DEPARTMENT OF PROBATION AND PAROLE.   Sup. Ct. Pa.   Certiorari denied.

No. 11–5238.   MORA v. BROWN, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 11–5239.   WILLIAMS v. KOON, WARDEN.   Super. Ct. Baldwin County, Ga.   Certiorari denied.